**E-FILED**
Thursday, 02 June, 2005  04:07:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 03-10033-2 |
| RICO TRICE, | ) ) ) | |
| Defendant. | ) | |

## RULE 35 MOTION

Now comes the United States of America by Jan Paul Miller, United States Attorney, and John H. Campbell, Assistant United States Attorney, for the Central District of Illinois, and pursuant to Federal Rule of Criminal Procedure 35 hereby moves to reduce defendant's sentence in the above-styled case.

Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY


s:/ John H. Campbell
JOHN H. CAMPBELL
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone:  (309) 671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Mark E Wertz**
VONACHEN LAWLESS TRAGER & SLEVIN
Ste 425
456 Fulton St
Peoria, IL 61602

United States Probation
100 NE Monroe
Peoria, IL 61602

 s:/  Kim Ritthaler
KIM RITTHALER
Legal Assistant