FILED
MAR - 8 2006
JOHN M. ~~~~~, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: Judge Mc.Dade                                    3-5-06

I Rico Trice is presently in ~~Fulton County Jail.~~ ~~I was brought not~~ Called As A witness For the Federal.gov. To Testify Against Ty Johnson. I was Sentence to 20 years And was doing my time in Fmc Lexington Ky I have been Accused of being A snitch And was told ~~not to come back~~ to the Fmc Lexington Ky. I Fear for My Life that something will happend to me if I go back to Fmc Lexington Ky. I'Am A KNOWN Gangsta Disciple And plenty of inmates Know of me From the world. I'm scared And i don't know what to do, can you please help me And try to get me moved to A different federal prison? I Appreciate your concern about this matter! Thank you!

from Rico Trice
# 13164-026