E-FILED
Thursday, 18 January, 2007 11:50:32 AM
Clerk, U.S. District Court, ILCD

FILED
JAN 1 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Judge McDade

1-12-07

03-10033

    I was writing to you to find out the status on my Rule 35 hearing. I was told that I would be hearing back something concerning my time reduction after all my cooperation is done. I came back to the Peoria, IL. court house in the begining of 2006 to testify against Ty Johnson. I was also told by the Goverment that everything was done on my case, I would appreciate if you can find out if there has been a date set for me. If it has been can you please send me a copy so I can have an idea of everything.

    Thank you,

    From: Rico Trice #13164-026