03-10033-02

To Whoever this may concern         10-25-07

I want to request for a copy of my court docket sheet Due to legal issues, And this will be greatly Appreciated if i can get it back ASAP!

Thank you,

from: Rico Trice #13164-026

FILED
OCT 29 2007
JOHN M. W[...]
U.S. DISTRICT [...]
CENTRAL DIST[...]

RECEIVED
2007 OCT 29 AM 10:34
US PROBATION-PEORIA