FILED
E-FILED
Friday, 21 March, 2008 01:48:46 PM
Clerk, U.S. District Court, ILCD

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MAR 21 2008

03-10033-02

To: Judge mc Dade                                    DAte 3-18-08

for: A Reduction under the crack reform

I'm requesting with all due respect, To have the
Honorable court to appoint me a counsel from the public Defender or
other counsel the Honorable court deem's Just and fair. I appreciate your
time And concern's of this matter, thank you!

From: Rico Trice = Sign. Rico Trice
                    # 13164-026
Being Held At: Tazewell county Justice center
            101. S. capitol
            peKin IL. 61554