E-FILED
Wednesday, 02 April, 2008  03:26:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 03-10033 |
| RICO J. TRICE, | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE SECTION 3582 MOTION**

Now comes the Defendant RICO J. TRICE by his attorney ROBERT A. ALVARADO, and respectfully requests this court for additional time to file any motions pursuant to 18 U.S.C. 3582. In support defendant states as follows:

1. The Federal Public Defender's Office was appointed by this court on March 21, 2008 to represent Mr. Trice in all matters related to his pro se request for a sentence reduction under 18 U.S.C. 3582. The undersigned counsel was specifically assigned to this case on April 1, 2008.

2. Counsel needs additional time to confer with Mr. Trice, who is incarcerated in the Bureau of Prisons, and to research potential grounds for an amended motion to reduce sentence.

3. Assistant U.S. Attorney Tom Keith has advised that the Government does not oppose an extension of time under these circumstances.

WHEREFORE, Mr. Trice respectfully requests the entry of an Order extending the time for filing of motions under 18 U.S.C. 3582 for whatever time period the court deems reasonable.

        RICO J. TRICE, Defendant

        BY:    s/ Robert A. Alvarado

        ROBERT A. ALVARADO
        Attorney for Defendant
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        Fax: (309) 671-7898
        E-mail: robert_alvarado@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Tom Keith, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602.

        s/ Robert A. Alvarado

        _____

        ROBERT A. ALVARADO
        Attorney for Defendant
        Federal Public Defender's Office
        401 Main St., Suite 1500
        Peoria, IL 61602
        Phone: (309) 671-7891
        Fax:: (309) 671-7898
        E-mail: robert_alvarado@fd.org