03-10033

# VONACHEN, LAWLESS, TRAGER & SLEVIN
Attorneys at Law

John R. Pusey
Lawrence E. Schwenger, Jr.
John C. Brady
James E. Konsky
M. Michael Waters
Mark E. Wertz
S. Linn Perkins
Katrina M. Taraska
Richard N. Gentry, Jr.
John T. Brady
Jennifer L. Morris
Michelle R. Eggert

456 Fulton Street, Suite 425
Twin Towers Plaza
Peoria, Illinois 61602-1240

Of Counsel:
Thomas H. Trager
John A. Slevin

Donald F. Vonachen
(1925-2005)
J. Martin Lawless
(1926-2007)

Telephone: (309) 676-8986
Facsimile:  (309) 676-4130
Website:   vltslaw.com

June 3, 2008

The Honorable Joe Billy McDade
Chief Judge, U.S. District Court
Federal Building
100 N.E. Monroe
Peoria, IL 61602

FILED
JUN - 5 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE:  *United States v. Rico Trice*

Dear Judge McDade:

A Rule 35 Hearing was conducted before you regarding Mr. Trice's case on May 21, 2008. At that time, Mr. Trice requested that you recommend to the Bureau Prisons that he be placed in a facility as near as possible to Tampa, Florida.

Mr. Trice has contacted me and requested that you change that recommendation because of his father's health. As a result of his father's medical condition, Mr. Trice requests that he be placed as near as possible to his father who resides in Bloomington, Illinois. Mr. Trice's preference would be FCI Pekin.

Thank you for your attention to this matter.

Very truly yours,

VONACHEN, LAWLESS, TRAGER & SLEVIN

BY: _____
MARK E. WERTZ
mwertz@vltslaw.com

MEW/ab
Enclosure
CC: Mr. John Campbell
O:\MEW\CLIENTS\Trice, Rico\Correspondence\Ltr to Judge McDade 6-3-08.doc