UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 03-10033 |
| | ) | |
| RICO J. TRICE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO SUSPEND FILING DEADLINE FOR SECTION 3582 MOTION**

Now comes the Defendant RICO J. TRICE by his attorney ROBERT A. ALVARADO, and respectfully requests this court to suspend the time period for filing any amended motions pursuant to 18 U.S.C. 3582. In support defendant states as follows:

1. The Federal Public Defender's Office was appointed by this court on March 21, 2008 to represent Mr. Trice in all matters related to his pro se request for a sentence reduction under 18 U.S.C. 3582. The undersigned counsel was specifically assigned to this case on April 1, 2008.

2. Recently, Mr. Trice received a Rule 35 sentence reduction from this court.

3. Also recently, Chief Judge Michael P. McCuskey suspended the filing deadline for all those cases in which defendants are seeking a sentence reduction pursuant to 18 U.S.C. 3582 where the defendants received a Rule 35 reduction, and thus fell below a statutory mandatory minimum sentence. A case fitting that scenario, *United States v. Monica Poole*, is currently pending before the Seventh Circuit Court of Appeals.

4. Mr. Trice was inadvertently left off the list of cases in which the time period for filing an amended motion pursuant to Section 3582 was suspended.

WHEREFORE, Mr. Trice respectfully requests the entry of an Order suspending the time period for filing an amended motion under 18 U.S.C. 3582 consistent with Chief Judge McCuskey's recent order.

RICO J. TRICE, Defendant

BY:    s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney John Campbell, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602.

s/ Robert A. Alvarado

_____

ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org